ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GALEN A. PHILLIPS (CABN 307644)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7110
    Email: Galen.Phillips@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:23-CR-00294-WHA |
|     Plaintiff, | NOTICE OF DISMISSAL |
|   v. | |
| SANTIAGO ALEXANDER GONZALEZ-GONZALEZ, | |
|     Defendant. | |

Upon further review of the evidence in this matter, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information against defendant Santiago Alexander Gonzalez-Gonzalez.

DATED: October 23, 2023
                                              Respectfully submitted,

                                              ISMAIL J. RAMSEY
                                              United States Attorney


                                                  /S/
                                              THOMAS A. COLTHURST
                                              Chief, Criminal Division

1  Leave is granted to the government to dismiss the information against Santiago Alexander
2  Gonzalez-Gonzalez.
3
4
5  Date: _____
6                                                              _____
                                                                HON. WILLIAM ALSUP
                                                                United States Senior District Judge